36 So.2d 132

**VOLUNTEER STATE LIFE INS. CO. v. B. L. DANLEY.**

8 Div. 440.

Supreme Court of Alabama.

June 17, 1948.

Mitchell & Poellnitz, of Florence, for petitioner.

Bradshaw & Barnett, of Florence, opposed.

STAKELY, Justice.

The sole question presented to this court on the petition for certiorari is whether the petitioner was entitled to the general affirmative charge as to count 1 of the complaint. In denying the writ we have only considered this point.

Writ denied.

GARDNER, C. J., and FOSTER and LAWSON, JJ., concur.